# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES ex rel. AUTOMATED BUILDING SYSTEMS—TULSA, INC., *Plaintiff*, v. WESTERN SURETY COMPANY, *Defendant*, | Case No. CIV-18-058-RAW |

## ORDER

On September 13, 2019, United States Magistrate Judge Kimberly E. West entered her Findings and Recommendation ("F&R") [Docket No. 51] as to Plaintiff's motion to enforce settlement agreement [Docket No. 39] and Defendant's motion to resolve dispute regarding settlement agreement [Docket No. 42]. The Magistrate Judge recommended that both motions be GRANTED to the extent that the terms of the handwritten signed agreement authored at the settlement conference conducted in this case is a binding agreement the terms of which are fully enforceable by either party. The parties had fourteen days to file any objections to the F&R. No objections have been filed. The court finds that the F&R is well-supported by the evidence and the prevailing legal authority. Accordingly, the F&R is hereby AFFIRMED and ADOPTED as this court's Findings and Order.

**IT IS SO ORDERED** this 30th day of September, 2019.

_____
**THE HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA**